B 250B
(8/96)

# United States Bankruptcy Court

__Eastern__ District Of __Wisconsin__

In re  __Lisa S. Blythe__ ,  )
                Debtor                   )    Case No. __04-26018-svk__
                                         )
      __Robert Mullins__ ,  )    Chapter __7__
                Plaintiff                )
          v.                                 )
      __Lisa S. Blythe__ ,  )    Adv. Proc. No. __04-2274__
              Defendant            )

## AMENDED SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

> Address of Clerk  517 East Wisconsin Avenue
>                              Room 126, U.S. Courthouse
>                              Milwaukee, WI 53202

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

> Name and Address of Plaintiff's Attorney
> Seth E. Dizard, Esq.
> Beck, Chaet & Bamberger, S.C.
> Two Plaza E., Ste. 1085, 330 E. Kilbourn Avenue
> Milwaukee, WI 53202

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address | Room |
|---|---|
| September 22, 2004 at 1:30 p.m. VIA TELEPHONE CONFERENCE.* The court anticipates placing the call between 1:30 p.m. and 2:00 p.m. | Date and Time |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

                                        Christopher L. Austin
                                         *Clerk of the Bankruptcy Court*

__August 5, 2004__       By: _[signature]_
    Date                                   Deputy Clerk

*\* Please contact the court: (414) 297-3291 Ext. 3202, at least three (3) days prior to the hearing to provide the name and telephone number of the person who will be participating in this Pretrial Conference.*

*[Filed stamp: 2004 AUG -5 PM 4:43 — CL. AUSTIN, CLERK, MILWAUKEE, WISCONSIN — UNITED STATES BANKRUPTCY COURT FILED]*