B250B (1/88)

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re: Lisa S. Blythe
Debtor

Robert Mullins
Plaintiff

Lisa S. Blythe
Defendant

Bankruptcy Case No. 04-26018

*ALL DOCUMENTS REGARDING THIS MATTER MUST BE IDENTIFIED BY BOTH ADVERSARY AND BANKRUPTCY CASE NUMBERS. ALL DOCUMENTS ARE TO BE FILED IN DUPLICATE.*

Adversary Proceeding No. 04-2274

***THIRD AMENDED***
## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

Address of Clerk:
Clerk, U.S. Bankruptcy Court
U.S. Courthouse, Room 126
517 East Wisconsin Avenue
Milwaukee, WI 53202

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:
Seth Dizard, Esq.
330 East Kilbourn Ave. #1085
Milwaukee, WI 53202

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

Address / Room, Date and Time:
October 6, 2004 at 10:00 a.m. VIA TELEPHONE. The Court will initiate the call between 10:00 and 10:30 a.m.

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Christopher L. Austin
*Clerk of the Bankruptcy Court*

Date: August 20, 2004

By: **Christopher L. Austin**
Deputy Clerk

Case 04-02274-svk   Doc 3   Filed 08/20/04   Page 1 of 1