B250B (1/88)

United States Bankruptcy Court
Eastern District of Wisconsin

In re  Lisa S. Blythe
Debtor

Bankruptcy Case No. 04-26018

*ALL DOCUMENTS REGARDING THIS MATTER MUST BE IDENTIFIED BY BOTH ADVERSARY AND BANKRUPTCY CASE NUMBERS. ALL DOCUMENTS ARE TO BE FILED IN DUPLICATE.*

Robert Mullins
Plaintiff

Adversary Proceeding No. 04-2274

Lisa S. Blythe
Defendant

\*\*\*THIRD AMENDED\*\*\*
SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

Address of Clerk:  Clerk, U.S. Bankruptcy Court
U.S. Courthouse, Room 126
517 East Wisconsin Avenue
Milwaukee, WI 53202

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney
Seth Dizard, Esq.
330 East Kilbourn Ave. #1085
Milwaukee, WI 53202

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

Address  Room, Date and Time
October 6, 2004 at 10:00 a.m. VIA TELEPHONE. The Court will initiate the call between 10:00 and 10:30 a.m.

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Christopher L. Austin
*Clerk of the Bankruptcy Court*

August 20, 2004
Date

By: **Christopher L. Austin**
*Deputy Clerk*

B250B (cont.)

# CERTIFICATE OF SERVICE

I, __Pamela J. Mitchell__, certify that I am, and at all times during the service
(Name)
of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made

__August 23, 2004__ by: _____
(Date)

**XX**    Mail Service: Regular, first class United States Mail, postage fully pre-paid, addressed to:

     Lisa S. Blythe
     815 Lakeview Road, Apt. 202
     Brookfield, WI 53045

☐    Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐    Residence Service: By leaving the process with the following adult at:

☐    Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐    Publication: The defendant was served as follows: [Describe briefly]

☐    State Law: The defendant was served pursuant to the laws of the State of _____ as follows:[Describe Briefly]
                                                                                                     (Name of State)

Under penalty of perjury, I declare that the foregoing is true and correct.

__August 23, 2004__                  *Pamela J. Mitchell*
Date                                                                             Signature

Print Name
__Pamela J. Mitchell__
Business Address __Beck, Chaet & Bamberger, S.C.__
                Two Plaza East, Suite 1085
City                              State                           Zip
__330 East Kilbourn Avenue__
__Milwaukee, WI 53202__

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: LISA S. BLYTHE,

          Debtor.

Case No. 04-26018 svk

ROBERT MULLINS

Chapter 7

          Plaintiff,

Adv. Proc. No. 04-2274

v.

LISA S. BLYTHE

          Defendant.

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF WISCONSIN    )
                                  ) ss
COUNTY OF MILWAUKEE    )

      Pamela J. Mitchell, being first duly sworn on oath, deposes and says that she mailed a true copy of ADVERSARY PROCEEDING COVER SHEET, THIRD AMENDED SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING and ADVERSARY COMPLAINT in the above-entitled action to the persons named and at the addresses stated hereinafter, by enclosing the same in an envelope which bore the sender's return address of BECK, CHAET & BAMBERGER, S.C., Two Plaza East, Suite 1085, 330 East Kilbourn Avenue, Milwaukee, Wisconsin, 53202, and which she mailed on the 23rd day of August, 2004.

TO:    Ryan J. Harrington, Esq.          Bruce A. Lanser, Esq.
         N14 W23755 Stone Ridge Drive    Bankruptcy Trustee
         Suite 200                                205 East Wisconsin Avenue
         Waukesha, WI 53188             Suite Mezzanine 140
                                                    Milwaukee, WI 53202

                                                      *Pamela J. Mitchell*
                                                      Pamela J. Mitchell

Subscribed and sworn to before me
this 23rd day of August, 2004.

_____
Notary Public, State of Wisconsin
My commission: *is permanent*


P.O. Address:

BECK, CHAET & BAMBERGER, S.C.
Two Plaza East, Suite 1085
330 East Kilbourn Avenue
Milwaukee, WI 53202
(414) 273-4200



**BCB ATTORNEYS**

BECK, CHAET & BAMBERGER, S.C.



Two Plaza East, Suite 1085
330 East Kilbourn Avenue
Milwaukee, Wisconsin 53202

414.273.4200
Fax 414.273.7786

August 23, 2004

Clerk of U.S. Bankruptcy Court
U.S. Courthouse, Room 126
517 East Wisconsin Avenue
Milwaukee, WI 53202

Re: *Robert Mullins v. Lisa S. Blythe*
    *Case No.    04-26018-svk*
    *Adv. Proc. No. 04-2274*

Dear Clerk::

    Enclosed please find the original and two (2) copies of the Third Amended Summons and Notice of Pretrial Conference in an Adversary Proceedings with Certificate of Service attached together with the original and two (2) copies of the Affidavit of Service by Mail with reference to the above matter.

    Please file the original Third Amended Summons, Certificate of Service and Affidavit of Service by Mail and return the file-stamped copies to me in the self-addressed, stamped envelope provided.

    If you have any questions, please do not hesitate to contact me.

    Very truly yours,

    BECK, CHAET & BAMBERGER, S.C.

    Matthew S. Vignali

MSV:pjm
Enclosures (7)
cc:    Robert Mullins (w/encl.)
File No. 04118

8/23/04/pjm
M\Mullins.Robert\10000-Karsten-Blythe\Ltr\Clerk of Court-Blythe04-823