**WAUKESHA OFFICE**
N14 W23755 Stone Ridge Drive
Stone Ridge I – Suite 200
Waukesha, WI 53188
262.523.4321 • Fax 262.523.4322

**MADISON OFFICE**
22 N. Carroll Street - Suite 101
Madison, WI 53703
608.240.0245

**SAN FRANCISCO OFFICE**
311 California Street
Suite 210
San Francisco, CA 94104

# D'ANGELO JONES, LLP
### ATTORNEYS AT LAW
www.dangelojones.com

**PATRICIA JONES D'ANGELO**
COURT COMMISSIONER
**THOMAS R. JONES**
ALSO LICENSED IN CALIFORNIA
**CHRISTINE DAVIES D'ANGELO**
**ALISON H. SPAKOWITZ**
**RYAN J. HARRINGTON**
**MELISSA M. PEHL**

**CHERYL A. BLENKER**
OFFICE MANAGER

United States Bankruptcy Court
RECEIVED
AUG 27 2004
Mail

August 25, 2004

The Honorable Susan V. Kelley
U.S. Courthouse
517 East Wisconsin Avenue
Milwaukee, WI 53202

> **Re:**  **Robert Mullins v. Paul A. Karsten**
> **Case No.: 04-26017**
> **Adversary Proceeding No.: 04-2275**
> **Robert Mullins v. Lisa S. Blythe**
> **Case No.: 04-26018**
> **Adversary Proceeding No.: 04-2274**

Dear Judge Kelley:

As I advised plaintiffs' attorneys, Matthew Vignali and Seth Dizard, by telephone on Tuesday, August 24, 2004, I have neither been retained by Paul A. Karsten or Lisa S. Blythe to represent their interests with regard to the above-referenced adversary proceeding matters, currently scheduled for pretrial conference on October 6, 2004, at 10:00 a.m. via telephone, nor do I expect to be.

However, should the court desire my participation in the pretrial conference, I would certainly be happy to do so. Thank you.

Very truly yours,

RYAN J. HARRINGTON
Attorney at Law

RJH:aml

cc:   U.S. Bankruptcy Clerk
      Attorney Matthew Vignali
      Attorney Seth Dizard
      Paul Karsten
      Lisa Blythe

*Don't Get Lost In The Shuffle of a Large Law Firm*