UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re | Chapter 7 |
| Lisa S. Blythe,<br>              Debtor. | Case No.: 04-26018-svk |
| Robert Mullins,<br>              Plaintiff,<br>    v.<br>Lisa S. Blythe,<br>             Defendant. | Adv. No.: 04-2274 |

## COURT PROCEEDING MINUTES

Date/Time: October 6, 2004 at 10:00 a.m.     Room: 167- Telephone

Nature of hearing:            Prelim. Pretrial Conf: Nondischargeability of debts

For Plaintiff Robert Mullins:      Steve Jelenchick

For Defendant Lisa S. Blythe:      pro se

No reason was given for Defendant's failure to Answer the Complaint, default was entered. A prove-up hearing to determine whether the Plaintiff has stated a prima facie case and, if so, the amount of Plaintiff's damages will be held on December 8, 2004 at 10:00 a.m.