RUSH

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

2004 DEC -6 PM 4: 15

MILWAUKEE, WISCONSIN

In re: LISA S. BLYTH,

    Debtor.

Case No.: 04-26018 svk

ROBERT MULLINS,

Chapter 7

    Plaintiff,

Adv. Proc. No.: 04-2274

vs.

LISA S. BLYTH,

    Defendant.

### NOTICE OF MOTION AND MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER

TO: Clerk, United States Bankruptcy Court  Attorney Steven W. Jelenchick
   U.S. Courthouse, Room 126      Beck, Chaet & Bamberger, S.C.
   517 East Wisconsin Avenue      Two Plaza East, Suite 1085
   Milwaukee, WI 53202        330 East Kilbourn Avenue
                    Milwaukee, WI 53202

PLEASE TAKE NOTICE that on the ___ day of December, 2004, at ___:m., the defendant, Lisa S. Blyth, by his attorney, Christopher S. Carson, will move this Court pursuant to F.R. Civ. 6(b) for an enlargement of the time to file responsive pleadings in this matter.

That the failure to file a responsive pleading within the ascribed time was the result of excusable neglect., to wit:

1. The undersigned counsel was just retained by the defendant and immediately moved herein to file an Answer.

2. That the defendant lacks the requisite legal knowledge to file an Answer pro se and attempted to find an attorney who would take the case.

3. That the defendant's case has significant merits.

Dated this 6 day of December, 2004.

CARSON LAW OFFICE

_____
Attorney Christopher S. Carson (#1018184)

P.O. Address:
Carson Law Offices
13500 Watertown Plank Road, Suite 102
Elm Grove, WI 53122
(262) 860-8932
(262) 860-1201 Fax