UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

In re: LISA S. BLYTHE,

       Debtor.

Case No.: 04-26018 svk

ROBERT MULLINS,

Chapter 7

       Plaintiff,

Adv. Proc. No.: 04-2274

vs.

LISA S. BLYTHE,

       Defendant.

## ANSWER TO ADVERSARY COMPLAINT

NOW COMES the debtor/defendant Lisa S. Blythe, and as and for an Answer to the Adversary Complaint of the plaintiff, responds as follows:

1. Lack information and belief as to the truth of said allegations but for the purpose of expediency, admits.

2. Admits.

3. Admits that Mullins, Blythe and Blyth entered into an agreement dated April 19, 2002 and that the terms of that agreement speak for themselves and deny any allegation inconsistent therein.

4. The terms of the agreement speak for themselves and therefore denies any allegation in this paragraph inconsistent therewith.

5. Denies each and every allegation contained in this paragraph and puts the plaintiff to his strictest proof thereon.

5. Denies each and every allegation contained in this paragraph and puts the plaintiff to his strictest proof thereon.

6. Denies each and every allegation contained in this paragraph and puts the plaintiff to his strictest proof thereon.

7. Denies each and every allegation contained in this paragraph and puts the plaintiff to his strictest proof thereon.

8. Denies each and every allegation contained in this paragraph and puts the plaintiff to his strictest proof thereon.

9. Denies each and every allegation contained in this paragraph and puts the plaintiff to his strictest proof thereon.

10. Denies each and every allegation contained in this paragraph and puts the plaintiff to his strictest proof thereon.

11. Denies each and every allegation contained in this paragraph and puts the plaintiff to his strictest proof thereon.

12. Denies each and every allegation contained in this paragraph and puts the plaintiff to his strictest proof thereon.

13. Deny each and every allegation contained in this paragraph and puts the plaintiff to his strictest proof thereon.

14. Deny each and every allegation contained in this paragraph and puts the plaintiff to his strictest proof thereon.

WHEREFORE, the debtor/defendant, Lisa S. Blythe, prays for judgment dismissing plaintiff's Adversary Complaint in its entirety and with prejudice awarding the defendant costs and fees.

Dated this 6 day of December, 2004.

                                                  CARSON LAW OFFICE

                                                  Attorney Christopher S. Carson (#1018184)

P.O. Address:
Carson Law Offices
13500 Watertown Plank Road
Suite 102
Elm Grove, WI 53122
(262) 860-8932
(262) 860-1201 Fax