UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

In re                                          Chapter 7

Lisa S. Blythe,                          Case No.: 04-26018-svk

                   Debtor.

---

Robert Mullins,

                   Plaintiff,

      v.                               Adv. No.: 04-2274

Lisa S. Blythe,

                   Defendant.

---

## COURT PROCEEDING MINUTES

---

Date/Time:     December 8, 2004 at 10:00 a.m.     Room:    167 In person

---

Nature of hearing:           Status Conference

For Plaintiff Robert Mullins:     Steve Jelenchick

For Defendant Lisa S. Blythe:    Christopher Carson

---

       The Defendant recently engaged counsel, who filed a Motion to Enlarge Time to Answer the Complaint and an Answer. The Plaintiff wishes to respond to the Motion. A hearing on the Motion was scheduled for December 20, 2004 at 3:30 p.m. Plaintiff's response is due December 15, 2004. If Defendant intends to present evidence in support of the Motion, that should be shared with the Plaintiff's counsel in advance.