UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re | Chapter 7 |
| Lisa S. Blythe,<br>　　　　Debtor. | Case No.: 04-26018-svk |

| | |
|---|---|
| Robert Mullins,<br>　　　　Plaintiff,<br>　v.<br>Lisa S. Blythe,<br>　　　　Defendant. | Adv. No.: 04-2274 |

## COURT PROCEEDING MINUTES

Date/Time:　December 20, 2004 at 3:30 p.m.　　Room:　167 In person

| | |
|---|---|
| Nature of hearing: | Defendant's Motion for the enlargement of time to file an answer |
| For Plaintiff Robert Mullins: | Steve Jelenchick |
| For Defendant Lisa S. Blythe: | Christopher Carson |

　　　Motion was granted, and trial was scheduled for one full day February 3, 2005 beginning at 9:30 a.m.  Pretrial Order to issue.