UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: | Chapter 7 |
| Paul A. Karsten,<br>        Debtor. | Case No. 04-26017 -svk |

| | |
|---|---|
| Robert Mullins,<br>        Plaintiff,<br>v.<br>Paul A. Karsten,<br>        Defendant. | Adversary No. 04-2275 |

| | |
|---|---|
| In re: | Chapter 7 |
| Lisa S. Blythe,<br>        Debtor. | Case No. 04-26018-svk |

| | |
|---|---|
| Robert Mullins,<br>        Plaintiff,<br>v.<br>Lisa S. Blythe,<br>        Defendant | Adversary No. 04-2274 |

**FINAL PRETRIAL ORDER**

     The above-captioned adversary proceedings are consolidated for purposes of trial.

FACTS STIPULATED

     The parties are encouraged to file a stipulation of all undisputed facts. All facts admitted in the pleadings are deemed to be stipulated.

DISCOVERY

     Discovery is to be completed by January 14, 2005.

EXHIBITS

     At least seven (7) days prior to the trial date, all parties are to exchange copies of all exhibits they intend to introduce in evidence. If no written objection is made to the court and delivered to the proponent within three (3) days of the receipt of the proposed exhibit, all exhibits will be

received in evidence without any further authentication. These exhibits should not be filed with the court until the trial.

Each party shall clearly number each proposed exhibit in the order of its probable presentation at trial (each document shall be given a separate exhibit number) and prepare a list of those numbered exhibits with a very brief identification of each. Copies of that exhibit list shall be exchanged with the copies of exhibits provided in the prior paragraph, and one (1) copy of the exhibit list shall be filed with the court.

WITNESSES

At least seven (7) days prior to the trial date the parties are to exchange and file with the court the names of all witnesses they intend to present at trial together with a brief summary of the area of testimony each witness will present. All reasonably anticipated objections to testimony and all motions to limit testimony of a witness identified by an opposing party shall be made within three (3) days after receipt of the witness list required by this paragraph.

Designation of a nonparty witness on an opponent's list of witnesses does not relieve a party of assuring the presence of that witness at trial if his or her testimony is desired.

FINDINGS OF FACT AND CONCLUSIONS OF LAW

Five (5) days prior to the trial, each party shall file with the court and serve on opposing parties proposed detailed findings of fact and conclusions of law. A brief memorandum of authority for the conclusions may be filed with the proposed findings and conclusions.

MOTIONS

All dispositive motions must be set for hearing not less than fourteen (14) days before trial date.

TRIAL DATE

Trial is set for February 3, 2005, beginning at 9:30 a.m. All parties agree that one day will be sufficient. Trial will be held in the U.S. Courthouse, 517 East Wisconsin Avenue, Milwaukee, Wisconsin. The trial date cannot be changed absent written motion for good cause shown.

Dated: December 21, 2004

                                    By the Court:

                                    */s/ Susan Kelley*
                                    Susan V. Kelley
                                    U.S. Bankruptcy Judge

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 0757-2         User: svk              Page 1 of 1              Date Rcvd: Dec 21, 2004
Case: 04-02274               Form ID: pdf2          Total Served: 4
```

```
The following entities were served by first class mail on Dec 23, 2004.
aty       +Christopher S. Carson,    Carson Law Office,    13500 Watertown Plank Road, Ste 102,
            Elm Grove, WI 53122-2222
aty       +Seth Dizard,    Two Plaza East, Suite 1085,    330 East Kilbourn Avenue,    Milwauke, WI 53202-3170
ust       +Office Of The U. S. Trustee,    517 East Wisconsin Ave.,    Room 430,    Milwaukee, WI 53202-4510
dft       +Lisa S. Blythe,    815 Lakeview Road,    Apt. 202,    Brookfield, WI 53045-5663

The following entities were served by electronic transmission.
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 23, 2004**                               **Signature:** *Joseph Speetjens*