UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

In re: LISA S. BLYTH,

    Debtor.

Case No.: 04-26018 svk

ROBERT MULLINS,

Chapter 7

    Plaintiff,

Adv. Proc. No.: 04-2274

vs.

LISA S. BLYTH,

    Defendant.

## NOTICE OF MOTION AND MOTION TO WITHDRAW

TO:   Clerk, United States Bankruptcy Court      Attorney Steven W. Jelenchick
       U.S. Courthouse, Room 126                      Beck, Chaet & Bamberger, S.C.
       517 East Wisconsin Avenue                      Two Plaza East, Suite 1085
       Milwaukee, WI 53202                             330 East Kilbourn Avenue
                                                                         Milwaukee, WI 53202

NOW COMES Christopher S. Carson, counsel of record for the debtor/defendant, LISA S. BLYTH, and hereby moves this Court for an Order permitting him to withdraw from debtor/defendant Blyth's representation in the above-captioned case.

AS GROUNDS for this Motion, Attorney Carson asserts that a conflict of interest has developed regarding his representation of the debtor/defendant in that he was privy to deposition testimony of defendant Lisa Blyth, and that said testimony created a conflict between his representation of both debtor/defendants.

Dated this _____ day of January, 2005.

_____
Christopher S. Carson
State Bar I.D. No. 1018184

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

In re: LISA S. BLYTH,

        Debtor.

ROBERT MULLINS,

        Plaintiff,

vs.

LISA S. BLYTH,

        Defendant.

Case No.: 04-26018 svk

Chapter 7

Adv. Proc. No.: 04-2274

## NOTICE OF MOTION

Attorney Christopher S. Carson has filed a Motion to Withdraw as Counsel for Debtor/Defendant, LISA S. BLYTHE, in the above matter.

**Your rights may be affected. You should read the papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want Attorney Christopher S. Carson to withdraw as counsel for LISA S. BLYTHE, or if you want the court to consider your views on the motion, then on or before February 10, 2005, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Courthouse, Room 126
United States Bankruptcy Court
517 East Wisconsin Avenue
Milwaukee, WI 53202-4581

If you mail your request/response to the court for filing, you must mail it early enough so the court will **receive** it on or before the above stated date.

You must also mail a copy to:

Movant's attorney:    Attorney Christopher S. Carson
                            13500 Watertown Plank Road, Suite 102
                            Elm Grove, WI 53122

    and to:                U.S. Acting Trustee David Walter Asbach
US Trustees Office
517 East Wisconsin Avenue, #430
Milwaukee, WI 53202-4510

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Dated this ___ day of January, 2005.

CARSON LAW OFFICES
Attorney for Debtor

By: Christopher S. Carson (1018184)

**P.O. ADDRESS:**
13500 Watertown Plank Road
Suite 102
Elm Grove, WI 53122
(262) 860-8932
(262) 860-1201 FAX