

**BCB ATTORNEYS**

**BECK, CHAET & BAMBERGER, S.C.**

Two Plaza East, Suite 1085
330 East Kilbourn Avenue
Milwaukee, Wisconsin 53202

414.273.4200
Fax 414.273.7786

January 26, 2005

**VIA HAND DELIVERY**

Clerk for the Honorable Susan V. Kelley
U.S. Courthouse
517 East Wisconsin Avenue
Milwaukee, WI 53202

Re: *Robert Mullins v. Paul A. Karsten*
*Case No.     04-26017-svk*
*Adv. Proc. No. 04-2275*
*Robert Mullins v. Lisa S. Blythe*
*Case No.     04-26018-svk*
*Adv. Proc. No. 04-2274*

Dear Clerk:

This letter is to confirm the result of the telephone conference call held this afternoon between the Court, Christopher S. Carson, and myself. After reviewing my correspondence of this morning which requested an adjournment of the trial scheduled for February 3, 2005, the Court granted the same, rescheduling the trial for **March 7, 2005 at 1:30 p.m.** I expect the trial to last one half day.

This will also confirm that Judge Kelley will allow the withdrawal of Mr. Carson as counsel for the defendants and that an Order will be entered to that effect, subject to the filing of objections, if any, pursuant to Rule, after February 10, 2005.

Thank you for your consideration of the same.

Very truly yours,

BECK, CHAET & BAMBERGER, S.C.

Steven W. Jelenchick

SWJ:pjm
cc: Christopher S. Carson, Esq.
    Robert Mulllins (via e-mail)
File No. 04118