UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

In re: LISA S. BLYTHE,

    Debtor.

Case No.: 04-26018 svk

ROBERT MULLINS,
    Plaintiff,
vs.

Chapter 7
Adv. Proc. No.: 04-2274

LISA S. BLYTHE,
    Defendant.

## AFFIDAVIT OF NO OBJECTION

STATE OF WISCONSIN  )
                             )ss
WAUKESHA COUNTY    )

CHRISTOPHER S. CARSON, being first duly sworn on oath, states as follows:

1. That he is a licensed attorney and counsel of record for the above referenced debtor/defendant.

2. That on January 20, 2005, he filed a motion to withdraw in the above matter and that this notice indicated that anyone who had an objection to his withdrawal must file a request for hearing by February 10, 2005.

3. That no objections have been received to his motion to withdraw.

Dated this 22 day of February, 2005.

                                    Christopher S. Carson (1018184)

Sworn and subscribed to before me
this 22nd day of February, 2005.

_____
Notary Public/State of Wisconsin
My commission: 2/10/08