UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

In re:  LISA S. BLYTHE,

                Debtor.                       Case No.: 04-26018 svk

ROBERT MULLINS,                  Chapter 7

                Plaintiff,          Adv. Proc. No.:  04-2274
vs.

LISA S. BLYTHE,

                Defendant.

## ORDER FOR WITHDRAWAL

Attorney Christopher S. Carson, counsel of record for the debtor/defendant, LISA S. BLYTHE, having moved the Court for a motion to withdraw as counsel for debtor/defendant Paul A. Karsten; and no objection having been received by the Court:

IT IS HEREBY ORDERED that Attorney Christopher S. Carson is hereby granted leave to withdraw as counsel of record for Lisa S. Blythe forthwith and is hereby removed from as counsel of record for this debtor/defendant.

Dated this 24 day of February, 2005.

BY THE COURT:

SUSAN V. KELLEY
U.S. BANKRUPTCY JUDGE

**Drafted by:**
Carson Law Offices
13500 W. Watertown Plank Road, Suite 102
Elm Grove, WI 53122
(262) 860-8932 phone