UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

In re: LISA S. BLYTHE,

    Debtor.

Case No.: 04-26018 svk

ROBERT MULLINS,

Chapter 7

    Plaintiff,

Adv. Proc. No.: 04-2274

vs.

LISA S. BLYTHE,

    Defendant.

## ORDER FOR WITHDRAWAL

Attorney Christopher S. Carson, counsel of record for the debtor/defendant, LISA S. BLYTHE, having moved the Court for a motion to withdraw as counsel for debtor/defendant Paul A. Karsten; and no objection having been received by the Court:

IT IS HEREBY ORDERED that Attorney Christopher S. Carson is hereby granted leave to withdraw as counsel of record for Lisa S. Blythe forthwith and is hereby removed from as counsel of record for this debtor/defendant.

Dated this 24 day of February, 2005.

BY THE COURT:

SUSAN V. KELLEY
U.S. BANKRUPTCY JUDGE

**Drafted by:**
Carson Law Offices
13500 W. Watertown Plank Road, Suite 102
Elm Grove, WI 53122
(262) 860-8932 phone

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 0757-2          User: awd              Page 1 of 1              Date Rcvd: Feb 24, 2005
Case: 04-02274                Form ID: pdfhrg        Total Served: 5

The following entities were served by first class mail on Feb 26, 2005.
aty        +Ryan J. Harrington,   N14 W23755 Stone Ridge Drive,   Suite 200,   Waukesha, WI 53188-1190
aty        +Seth Dizard,   Two Plaza East, Suite 1085,   330 East Kilbourn Avenue,   Milwauke, WI 53202-3170
ust        +Office Of The U. S. Trustee,   517 East Wisconsin Ave.,   Room 430,   Milwaukee, WI 53202-4510
dft        +Lisa S. Blythe,   815 Lakeview Road,   Apt. 202,   Brookfield, WI 53045-5663
pla        +Robert Mullins,   4836 Woodlawn Court,   Milwaukee, WI 53208-3657

The following entities were served by electronic transmission.
NONE.                                                                                           TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Feb 26, 2005**           **Signature:**   _Joseph Speetjens_