UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

In re: LISA S. BLYTHE,

        Debtor.

Case No. 04-26018 svk

ROBERT MULLINS

Chapter 7

        Plaintiff,

Adv. Proc. No. 04-2274

v.

LISA S. BLYTHE,

        Defendant.

## PLAINTIFF'S LIST OF WITNESSES AND EXHIBITS

Plaintiff, Robert Mullins, by his attorneys, Beck, Chaet & Bamberger, S.C., herewith submits Plaintiffs' List of Witnesses and Exhibits pursuant to the Order of the Court:

**Identification of Trial Witnesses.**

Plaintiff anticipates calling the following individuals for testimony in this matter:

    (a)    Robert Mullins
             4836 Woodlawn Court
             Milwaukee, WI 53208

Robert Mullins is the Plaintiff in this action. It is anticipated that Mr. Mullins will testify to the events and circumstances surrounding the relationship between himself, Paul Karsten, and Lisa Blythe and their business endeavor known as Dish Technologies. It is also anticipated that he will testify as to the operating agreement between the parties and his reliance on representations of Mr. Karsten and Ms. Blythe that were materially false, which he relied on to secure a loan on behalf of

Drafted By:
Seth E. Dizard, Esq.
Beck, Chaet & Bamberger, S.C.
Two Plaza East, Suite 1085
330 East Kilbourn Avenue
Milwaukee, Wisconsin 53202
(414)273-4200

Dish Technologies. Mr. Mullins will also testify as to the problems and issues that emerged early on in his business relationship with Mr. Karsten and Ms. Blythe that lead to his financial ruin among all other matters relevant to this action.

  (b) Paul Karsten
    New Address

It is anticipated that Paul Karsten will be called adversely. Mr. Karsten is expected to be called to testify regarding his drafting of the parties' operating agreement and the operation of Dish Technologies among all other matters relevant to this action.

  (c) Lisa Blythe
    17255-B W. Wisconsin Avenue
    Brookfield, WI 53045

It is anticipated that Lisa Blythe will be called adversely. Ms. Blythe is the Defendant in a companion adversary proceeding before this Court. Ms. Blythe is expected to be called to testify regarding her role in the operation of Dish Technologies among all other matters relevant to this action.

  (d) Plaintiff reserves the right to call any witness named by any other party in this action, to name additional witnesses identified during discovery in this case and to name additional witnesses as necessary to rebut witnesses called by any other party in this action.

### List of Exhibits to be Offered at Trial.

1. Letter dated October 6, 2000 authored by Paul Karsten, Director of Operations for Odyssey Entertainment, LLC to Robert Mullins regarding the North Hills Drive Project.

2. Letter dated October 17, 2000 authored by Paul Karsten, Director of Operations for Odyssey Entertainment, LLC to Robert Mullins regarding the Willow Brook Greens Project.

3. Operating Agreement dated April 19, 2002.

4. U.S. Small Business Administration Note dated April 19, 2002.

2

5. Chattel Security Agreement dated April 19, 2002.

6. U.C.C. Financing Statement.

7. Sole Depository Agreement at Sunset Bank & Savings.

8. Defendant's Responses to the Plaintiff's First Set of Written Interrogatories and Requests for Production of Documents in Waukesha County Case Number 03-CV-119.

9. Exhibit A to Defendant's Responses to the Plaintiff's First Set of Written Interrogatories and Requests for Production of Documents in Waukesha County Case Number 03-CV-119.

10. Exhibit D to Defendant's Responses to the Plaintiff's First Set of Written Interrogatories and Requests for Production of Documents in Waukesha County Case Number 03-CV-119.

11. Voluntary Petition and Schedules of Paul A. Karsten.

12. Voluntary Petition and Schedules of Lisa Blythe.

13. Check Summary in table form.

14. Copies of actual checks which make up the Check Summary.

15. U.S. SBA Settlement Sheets (3) dated April 24, 2002. (Draws Nos. 1, 2, and 3) and supporting documentation.

16. U.S. SBA Settlement Sheet dated May 6, 2002. (Draw No. 4) and supporting documentation.

17. U.S. SBA Settlement Sheet dated May 17, 2002. (Draw No. 5) and supporting documentation.

18. U.S. SBA Settlement Sheet dated June 18, 2002 (Draw No. 6) and supporting documentation.

19. U.S. SBA Settlement Sheet dated June 18, 2002 (Draw No. 7).

20. U.S. SBA Settlement Sheet dated July 8, 2002 (Draw No. 8) and supporting documentation.

21. U.S. SBA Settlement Sheet dated August 2, 2002 (Draw No. 9) and supporting documentation.

22. Loan Billing Statement dated May 9, 2002.

23. Loan Billing Statement dated November 11, 2003.

Respectfully submitted this 25th day of February, 2005.

          BECK, CHAET & BAMBERGER, S.C.
          Attorneys for Plaintiff, Robert Mullins


By: *Steven W. Jelenchick*
   Steven W. Jelenchick
   State Bar No. 1037766

P.O. Address:

BECK, CHAET & BAMBERGER, S.C.
Two Plaza East, Suite 1085
330 East Kilbourn Avenue
Milwaukee, WI 53202
(414) 273-4200



**BECK, CHAET & BAMBERGER, S.C.**

Two Plaza East, Suite 1085
330 East Kilbourn Avenue
Milwaukee, Wisconsin 53202

414.273.4200
Fax 414.423.7786

February 25, 2005

**VIA HAND DELIVERY**

Clerk for the Honorable Susan V. Kelley
U.S. Courthouse
517 East Wisconsin Avenue
Milwaukee, WI 53202

Re: *Robert Mullins v. Paul A. Karsten*
 *Case No.  04-26017-svk*
 *Adv. Proc. No. 04-2275*
 *Robert Mullins v. Lisa S. Blythe*
 *Case No.  04-26018-svk*
 *Adv. Proc. No. 04-2274*

Dear Clerk:

Enclosed please find the original and two (2) copies of Plaintiff's List Of Witnesses And Exhibits for filing in each of the above-referenced matters (without applicable exhibits). Please file the originals and return the file-stamped copies to me in the self-addressed, stamped envelope provided.

For the Court's benefit, the Plaintiff's List of Witnesses And Exhibits filed are identical in both actions.

By copy of this letter, the above-mentioned documents and exhibits are being served upon defendants. If you have any questions, please do not hesitate to contact me.

Very truly yours,

BECK, CHAET & BAMBERGER, S.C.

Steven W. Jelenchick

SWJ:paf
Enclosures
cc: Paul A. Karstan (w/enc)
 Lisa S. Blythe (w/enc)
File No. 04118

2/25/05/paf
M\Mullins.Robert\10000-Karsten-Blythe\Ltr\Judge Kelley Clerk05-225

Case 04-02274-svk    Doc 19    Filed 02/25/05    Page 5 of 5