March 1, 2005

Honorable Susan V. Kelley
c/o Clerk, United States Bankruptcy Court
160 U.S Courthouse
517 East Wisconsin Avenue
Milwaukee, WI 53202-4581

      RE: In re: Paul A Karsten
            Adversary Proc. No.:04-2275

      RE: In Re: Lisa S. Blythe
            Adversary Proc. No.: 04-2774

Dear Judge Kelley:

Lisa Blythe and I, Paul Karsten, would request a continuance for the trial as set on March 7, 2005. Lisa Blythe and I are currently experience difficulty in obtaining representation for this case due to financial constraints. We would request a continuance of 60 days in order to correct this situation and have proper time to complete discovery and all related matters required to proceed. Thank you in advance for your understanding. I can be reached during the day at 262-893-8909 for questions.

Sincerely,

*[signature]*

Paul A. Karsten
&

*[signature]*

Lisa S. Blythe


PAK
cc:   Attorney Steven W. Jelenchick
       Lisa S. Blythe
       Paul A. Karsten

UNITED STATES
BANKRUPTCY COURT
FILED MAIL

MAR -2 2005

...USTIN CLERK
MILWAUKEE, WISCONSIN