UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

In re                                                      Chapter 7

Lisa S. Blythe,                              Case No. 04-26018
              Debtor.

---

Robert Mullins,
              Plaintiff,
v.
                                                   Adv. No.: 04-2274
Lisa A. Blythe,
              Defendant.

---

### AMENDED FINAL PRETRIAL ORDER

Upon the Defendant's request and the Plaintiff's response thereto, the final pretrial order in this matter is amended as follows:

1. Enlargement of Time to Answer. The enlargement of time requested December 20, 2004 is granted. The Answer filed on the Defendant's behalf is deemed timely filed.

2. Trial Date: The Trial is hereby adjourned to April 4, 2005 at 1:30 p.m. No further changes or continuances will be granted.

3. Defendant's discovery is closed. Plaintiff may take the deposition of Lisa Blythe, and she is ORDERED TO APPEAR FOR HER DEPOSITION pursuant to the Plaintiff's Notice of Deposition. If Lisa Blythe does not appear for her deposition, sanctions will be imposed upon her at the Defendant's request.

4. Plaintiff is permitted to supplement his pretrial submissions of exhibits and witness lists up until March 28, 2005. Defendant shall file and serve her list of witnesses and copies of exhibits on or before March 28, 2005. If Defendant does not timely file and serve the exhibits, Defendant will not be allowed to introduce those exhibits in evidence. If Defendant does not file and timely serve a list of witnesses, she shall not be allowed to call any witnesses at the trial.

Dated: March 3, 2005

                                                    By the Court:

                                                    _/s/ Susan Kelley_
                                                    Susan V. Kelley
                                                    U.S. Bankruptcy Judge