UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re                                                                Chapter 7

Lisa S. Blythe,                                                      Case No. 04-26018
        Debtor.

Robert Mullins,
        Plaintiff,
v.
                                          Adv. No.: 04-2274
Lisa A. Blythe,
        Defendant.

## AMENDED FINAL PRETRIAL ORDER

Upon the Defendant's request and the Plaintiff's response thereto, the final pretrial order in this matter is amended as follows:

1. Enlargement of Time to Answer. The enlargement of time requested December 20, 2004 is granted. The Answer filed on the Defendant's behalf is deemed timely filed.

2. Trial Date: The Trial is hereby adjourned to April 4, 2005 at 1:30 p.m. No further changes or continuances will be granted.

3. Defendant's discovery is closed. Plaintiff may take the deposition of Lisa Blythe, and she is ORDERED TO APPEAR FOR HER DEPOSITION pursuant to the Plaintiff's Notice of Deposition. If Lisa Blythe does not appear for her deposition, sanctions will be imposed upon her at the Defendant's request.

4. Plaintiff is permitted to supplement his pretrial submissions of exhibits and witness lists up until March 28, 2005. Defendant shall file and serve her list of witnesses and copies of exhibits on or before March 28, 2005. If Defendant does not timely file and serve the exhibits, Defendant will not be allowed to introduce those exhibits in evidence. If Defendant does not file and timely serve a list of witnesses, she shall not be allowed to call any witnesses at the trial.

Dated: March 3, 2005

                                                      By the Court:

                                                      *Susan Kelley*
                                                      Susan V. Kelley
                                                      U.S. Bankruptcy Judge

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 0757-2         User: svk                Page 1 of 1              Date Rcvd: Mar 03, 2005
Case: 04-02274               Form ID: pdf2            Total Served: 3

The following entities were served by first class mail on Mar 05, 2005.
aty         +Seth Dizard,   Two Plaza East, Suite 1085,   330 East Kilbourn Avenue,   Milwauke, WI 53202-3170
ust         +Office Of The U. S. Trustee,   517 East Wisconsin Ave.,   Room 430,   Milwaukee, WI 53202-4510
dft         +Lisa S. Blythe,   815 Lakeview Road,   Apt. 202,   Brookfield, WI 53045-5663

The following entities were served by electronic transmission.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 05, 2005**          Signature:   _Joseph Speetjens_