UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: LISA S. BLYTHE,

    Debtor.

ROBERT MULLINS

    Plaintiff,

v.

LISA S. BLYTHE,

    Defendant.

Case No. 04-26018-SVK

Chapter 7

Adv. Proc. No. 04-2274

## ORDER

**IT IS ORDERED**, that the terms and conditions set forth in the Stipulation for Dismissal Subject to Terms executed by and between the parties on April 1, 2005 are approved and adopted as the order of the court, and this action be and hereby is dismissed without prejudice, pursuant to said terms and conditions.

Dated: April 14, 2005

By the Court:

Susan V. Kelley
U.S. Bankruptcy Judge

Steven W. Jelenchick, Esq.
Beck, Chaet & Bamberger, S.C.
Two Plaza East, Suite 1085
330 East Kilbourn Avenue
Milwaukee, Wisconsin 53202
(414)273-4200 (tel)
(414)276-7786 (fax)
email: sjelenchick@bcblaw.net