UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: LISA S. BLYTHE,

    Debtor.

ROBERT MULLINS

    Plaintiff,

v.

LISA S. BLYTHE,

    Defendant.

Case No. 04-26018-SVK

Chapter 7

Adv. Proc. No. 04-2274

## ORDER

**IT IS ORDERED**, that the terms and conditions set forth in the Stipulation for Dismissal Subject to Terms executed by and between the parties on April 1, 2005 are approved and adopted as the order of the court, and this action be and hereby is dismissed without prejudice, pursuant to said terms and conditions.

Dated: April 14, 2005

By the Court:

*Susan Kelley*

Susan V. Kelley
U.S. Bankruptcy Judge

Steven W. Jelenchick, Esq.
Beck, Chaet & Bamberger, S.C.
Two Plaza East, Suite 1085
330 East Kilbourn Avenue
Milwaukee, Wisconsin 53202
(414)273-4200 (tel)
(414)276-7786 (fax)
email: sjelenchick@bcblaw.net

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 0757-2        User: awd             Page 1 of 1           Date Rcvd: Apr 14, 2005
Case: 04-02274              Form ID: pdf2         Total Served: 6

The following entities were served by first class mail on Apr 16, 2005.
aty        +Ryan J. Harrington,    N14 W23755 Stone Ridge Drive,    Suite 200,    Waukesha, WI 53188-1190
aty        +Seth Dizard,    Two Plaza East, Suite 1085,    330 East Kilbourn Avenue,    Milwauke, WI 53202-3170
aty        +Steven W. Jelenchick,    Beck, Chaet & Bamberger, S.C.,    Two Plaza East, Suite 1085,
             330 East Kilbourn Avenue,    Milwaukee, WI 53202-3170
ust        +Office Of the U. S. Trustee,    517 East Wisconsin Ave.,    Room 430,    Milwaukee, WI 53202-4510
dft        +Lisa S. Blythe,    815 Lakeview Road,    Apt. 202,    Brookfield, WI 53045-5663
pla        +Robert Mullins,    4836 Woodlawn Court,    Milwaukee, WI 53208-3657

The following entities were served by electronic transmission.
NONE.                                                                                         TOTAL: 0
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 16, 2005**                     Signature:      *Joseph Speetjens*