UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: LISA S. BLYTHE,

      Debtor.

ROBERT MULLINS,                          Case No. 04-26018-SVK

      Plaintiff,                           Chapter 7

v.                                        Adv. Proc. No. 04-2274

LISA S. BLYTHE,

      Defendant.

### ORDER FOR DEFAULT JUDGMENT

This action came on for Plaintiff's Ex Parte Motion to Reopen and for Default Judgment in the above entitled adversary proceeding before the Court, the Honorable Susan V. Kelley, Bankruptcy, Judge, presiding, and the Court having granted Plaintiff's Ex Parte Motion to Reopen and for Default Judgment,

IT IS ORDERED:

1. That Plaintiff, Robert Mullins', Ex Parte Motion to Reopen and for Default Judgment is granted.

2. That the debt due from Defendant-Debtor, Lisa S. Blythe, owed to Plaintiff, Robert Mullins, in the principal sum of $150,000.00 less payments received in the sum of $3,000.00 for a balance due of $147,000.00, with interest at a rate of 12% per annum from April 1, 2005 to the present in the amount of $17,444.00, for a total Judgment of $164,444.00 through March 22, 2006 is nondischargeable pursuant to 11 U.S.C. Sec. 523(a)(2)(A);

Drafted By:
Steven W. Jelenchick, Esq.
Beck, Chaet & Bamberger, S.C.
Two Plaza East, Suite 1085
330 East Kilbourn Avenue
Milwaukee, Wisconsin 53202
(414)273-4200

3. That Plaintiff, Robert Mullins, shall recover of Defendant-Debtor, Blythe, the sum of $150,000.00 less payments received in the sum of $3,000.00 for a balance due of $147,000.00, together with interest at a rate of 12% per annum from April 1, 2005 to the date of the entry of judgment, for a total Judgment of $164,444.00 through March 22, 2006, and additional interest on said judgment shall be allowed pursuant to 28 U.S.C. Sec. 1961, from and after the date of the entry of judgment, and its costs of this action, and that judgment be entered as hereby ordered.

Dated this 3 day of April, 2006.

BY THE COURT:

*/s/ S. Kelley*

Hon. Susan V. Kelley
Case No. 04-26018-SVK
Adv. Proc. No. 04-2274