# United States Bankruptcy Court
# Eastern District of Wisconsin

IN RE: Lisa S. Blythe
Debtor

Bankruptcy Number: 2004-26018-SVK

Adversary Number: 2004-2274

Robert Mullins
Plaintiff

VS

Lisa S. Blythe

Defendant

## JUDGMENT ON DECISION BY THE COURT

This action having come before the court, the Honorable Judge presiding,

It is ordered and adjudged that Plaintiff

Robert Mullins
4836 Woodlawn Court
Milwaukee, WI 53208

shall recover of Defendant-Debtor

Lisa S. Blythe
815 Lakeview Road, Apt. 202
Brookfield, WI 53045

the sum of $150,000.00 less payments received in the sum of $3,000.00 for a balance due of $147,000.00, together with interest at a rate of 12% per annum from April 1, 2005 to the date of the entry of judgment, for a total Judgment of $ 164,444.00 through March 22, 2006, and additional interest on said judgment shall be allowed pursuant to 28 USC Sec. 1961, from and after the date of the entry of judgment, and its costs of this action. Said judgment is nondischargeable pursuant to 11 USC Sec. 523(a)(2)(A).

Dated: April 4, 2006

**CHRISTOPHER L. AUSTIN**
Clerk of Court

By: Jennifer A. Michaels
Deputy Clerk