# United States Bankruptcy Court
# Eastern District of Wisconsin

IN RE:                                              Bankruptcy Number:

        Debtor                                  Adversary Number:

VS    Plaintiff                                 **NOTICE OF ENTRY OF JUDGMENT**

        Defendant

A Judgment on Decision by the Court was entered on           .

     I certify that on this date a copy of the Judgment on Decision by the Court and the Notice of Entry of Judgment was mailed to parties in interest.

Dated:

**CHRISTOPHER L. AUSTIN**
      Clerk of Court

By:
     Deputy Clerk