UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: LISA S. BLYTHE,

      Debtor.

ROBERT MULLINS,       Case No. 04-26018-SVK

      Plaintiff,      Chapter 7

v.      Adv. Proc. No. 04-2274

LISA S. BLYTHE,

      Defendant.

## ORDER FOR DEFAULT JUDGMENT

This action came on for Plaintiff's Ex Parte Motion to Reopen and for Default Judgment in the above entitled adversary proceeding before the Court, the Honorable Susan V. Kelley, Bankruptcy, Judge, presiding, and the Court having granted Plaintiff's Ex Parte Motion to Reopen and for Default Judgment,

IT IS ORDERED:

1. That Plaintiff, Robert Mullins', Ex Parte Motion to Reopen and for Default Judgment is granted.

2. That the debt due from Defendant-Debtor, Lisa S. Blythe, owed to Plaintiff, Robert Mullins, in the principal sum of $150,000.00 less payments received in the sum of $3,000.00 for a balance due of $147,000.00, with interest at a rate of 12% per annum from April 1, 2005 to the present in the amount of $17,444.00, for a total Judgment of $164,444.00 through March 22, 2006 is nondischargeable pursuant to 11 U.S.C. Sec. 523(a)(2)(A);

Drafted By:
Steven W. Jelenchick, Esq.
Beck, Chaet & Bamberger, S.C.
Two Plaza East, Suite 1085
330 East Kilbourn Avenue
Milwaukee, Wisconsin 53202
(414)273-4200

3. That Plaintiff, Robert Mullins, shall recover of Defendant-Debtor, Blythe, the sum of $150,000.00 less payments received in the sum of $3,000.00 for a balance due of $147,000.00, together with interest at a rate of 12% per annum from April 1, 2005 to the date of the entry of judgment, for a total Judgment of $164,444.00 through March 22, 2006, and additional interest on said judgment shall be allowed pursuant to 28 U.S.C. Sec. 1961, from and after the date of the entry of judgment, and its costs of this action, and that judgment be entered as hereby ordered.

Dated this 3 day of April, 2006.

BY THE COURT:

*/s/ S. Kelley*

Hon. Susan V. Kelley
Case No. 04-26018-SVK
Adv. Proc. No. 04-2274

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0757-2          User: awd              Page 1 of 1              Date Rcvd: Apr 03, 2006
Case: 04-02274                Form ID: pdfhrg        Total Served: 6

The following entities were served by first class mail on Apr 05, 2006.
aty          +Ryan J. Harrington,    N14 W23755 Stone Ridge Drive,    Suite 200,    Waukesha, WI 53188-1190
aty          +Seth Dizard,    Two Plaza East, Suite 1085,    330 East Kilbourn Avenue,    Milwauke, WI 53202-3170
aty          +Steven W. Jelenchick,    Beck, Chaet & Bamberger, S.C.,    Two Plaza East, Suite 1085,
               330 East Kilbourn Avenue,    Milwaukee, WI 53202-3170
ust          +Office Of the U. S. Trustee,    517 East Wisconsin Ave.,    Room 430,    Milwaukee, WI 53202-4510
dft          +Lisa S. Blythe,    815 Lakeview Road,    Apt. 202,    Brookfield, WI 53045-5663
pla          +Robert Mullins,    4836 Woodlawn Court,    Milwaukee, WI 53208-3657

The following entities were served by electronic transmission.
NONE.                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 05, 2006**              Signature: *Joseph Speetjens*