# United States Bankruptcy Court
## Eastern District of Wisconsin

IN RE:   Lisa S. Blythe

Debtor

Robert Mullins

VS   Plaintiff

Lisa S. Blythe

Defendant

Bankruptcy Number:   2004-26018-SVK

Adversary Number:   2004-2274

## NOTICE OF ENTRY OF JUDGMENT

A Judgment on Decision by the Court was entered on   April 4, 2006                    .

   I certify that on this date a copy of the Judgment on Decision by the Court and the Notice of Entry of Judgment was mailed to parties in interest.

Dated:   April 4, 2006

**CHRISTOPHER L. AUSTIN**
      Clerk of Court

By:   Jennifer A. Michaels
      Deputy Clerk

**BAE SYSTEMS**

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0757-2          User: jam          Page 1 of 1          Date Rcvd: Apr 04, 2006
Case: 04-02274                Form ID: pdf2       Total Served: 6


The following entities were served by first class mail on Apr 06, 2006.
aty        +Ryan J. Harrington,    N14 W23755 Stone Ridge Drive,   Suite 200,   Waukesha, WI 53188-1190
aty        +Seth Dizard,   Two Plaza East, Suite 1085,   330 East Kilbourn Avenue,   Milwauke, WI 53202-3170
aty        +Steven W. Jelenchick,   Beck, Chaet & Bamberger, S.C.,   Two Plaza East, Suite 1085,
            330 East Kilbourn Avenue,   Milwaukee, WI 53202-3170
ust        +Office Of the U. S. Trustee,   517 East Wisconsin Ave.,   Room 430,   Milwaukee, WI 53202-4510
dft        +Lisa S. Blythe,   815 Lakeview Road,   Apt. 202,   Brookfield, WI 53045-5663
pla        +Robert Mullins,   4836 Woodlawn Court,   Milwaukee, WI 53208-3657

The following entities were served by electronic transmission.
NONE.                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 06, 2006          Signature:   _Joseph Speetjens_