# United States Bankruptcy Court
# Eastern District of Wisconsin

IN RE: Lisa S. Blythe
      Debtor

VS

    Robert Mullins
      Plaintiff

    Lisa S. Blythe
      Defendant

Bankruptcy Number: 2004-26018-SVK

Adversary Number: 2004-2274

## JUDGMENT ON DECISION BY THE COURT

This action having come before the court, the Honorable Judge Susan V. Kelley presiding,

It is ordered and adjudged that Plaintiff

Robert Mullins
4836 Woodlawn Court
Milwaukee, WI 53208

shall recover of Defendant-Debtor

Lisa S. Blythe
815 Lakeview Road, Apt. 202
Brookfield, WI 53045

the sum of $150,000.00 less payments received in the sum of $3,000.00 for a balance due of $147,000.00, together with interest at a rate of 12% per annum from April 1, 2005 to the date of the entry of judgment, for a total Judgment of $164,444.00 through March 22, 2006, and additional interest on said judgment shall be allowed pursuant to 28 USC Sec. 1961, from and after the date of the entry of judgment, and its costs of this action. Said judgment is nondischargeable pursuant to 11 USC Sec. 523(a)(2)(A).

Dated: April 4, 2006

**CHRISTOPHER L. AUSTIN**
    Clerk of Court

By: Jennifer A. Michaels
    Deputy Clerk

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0757-2          User: jam                Page 1 of 1              Date Rcvd: Apr 04, 2006
Case: 04-02274                Form ID: pdf2            Total Served: 6

The following entities were served by first class mail on Apr 06, 2006.
aty          +Ryan J. Harrington,   N14 W23755 Stone Ridge Drive,   Suite 200,   Waukesha, WI 53188-1190
aty          +Seth Dizard,   Two Plaza East, Suite 1085,   330 East Kilbourn Avenue,   Milwauke, WI 53202-3170
aty          +Steven W. Jelenchick,   Beck, Chaet & Bamberger, S.C.,   Two Plaza East, Suite 1085,
               330 East Kilbourn Avenue,   Milwaukee, WI 53202-3170
ust          +Office Of the U. S. Trustee,   517 East Wisconsin Ave.,   Room 430,   Milwaukee, WI 53202-4510
dft          +Lisa S. Blythe,   815 Lakeview Road,   Apt. 202,   Brookfield, WI 53045-5663
pla          +Robert Mullins,   4836 Woodlawn Court,   Milwaukee, WI 53208-3657

The following entities were served by electronic transmission.
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Apr 06, 2006**     Signature:     *Joseph Speetjens*