UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: LISA S. BLYTHE,

    Debtor.

Case No. 04-26018-SVK

Chapter 7

ROBERT MULLINS,

    Plaintiff,

Adv. Proc. No. 04-2274

v.

LISA S. BLYTHE,

    Defendant.

ORDER FOR DEFAULT JUDGMENT

---

WED-19417 0757-2 pdfhrg 04-02274
U.S. Bankruptcy Court
U.S. Courthouse
Room # 126
517 East Wisconsin Ave.
Milwaukee, WI 53202-4581

**OFFICIAL BUSINESS**

UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE $300
CONTAINS NOTICE of a PROCEEDING
in the
UNITED STATES BANKRUPTCY COURT

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18

RECEIVED APR 27 2006
United States Bankruptcy Court

FIRST-CLASS MAIL

NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

042509 42509 1 AT 0.308 53045 27 5394 0043027

BLYTB15 530 1 1 N C 05
RETURN TO SENDER
NO FORWARD ORDER ON FILE
UNABLE TO FORWARD
RETURN TO SENDER

NIXIE 530 1 05 04/25/06
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 53202458125 *2596-05807-11-45