# United States Bankruptcy Court
# Eastern District of Wisconsin

IN RE: Lisa S. Blythe

Debtor

Bankruptcy Number: 2004-26018-SVK

Adversary Number: 2004-2274

Robert Mullins

VS Plaintiff

NOTICE OF ENTRY OF JUDGMENT

Lisa S. Blythe

Defendant

**OFFICIAL BUSINESS**
UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE, $300
CONTAINS NOTICE of a PROCEEDING
in the
UNITED STATES BANKRUPTCY COURT

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18

RECEIVED MAY - 1 2006

NOT DELIVERABLE AS ADDRESSED, UNABLE TO FORWARD

FIRST-CLASS MAIL

BLYT815  530  1 1 N  C  06 04/12/06
RETURN TO SENDER
NO FORWARD ORDER ON FILE
UNABLE TO FORWARD
RETURN TO SENDER

FWD

Deputy Clerk

021745