# United States Bankruptcy Court
# Eastern District of Wisconsin

IN RE: Lisa S. Blythe

Debtor

Bankruptcy Number: 2004-26018-SVK

Adversary Number: 2004-2274

Robert Mullins

Plaintiff

VS

## NOTICE OF ENTRY OF JUDGMENT

Lisa S. Blythe

Defendant

**OFFICIAL BUSINESS**
UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE, $300
CONTAINS NOTICE of a PROCEEDING
in the
UNITED STATES BANKRUPTCY COURT

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18

RECEIVED
MAY - 1 2006

FIRST-CLASS MAIL

NOT DELIVERABLE
AS ADDRESSED,
UNABLE TO FORWARD

BLYT815  530  1 1 N  C 06 04/12/06
RETURN TO SENDER
NO FORWARD ORDER ON FILE
UNABLE TO FORWARD
RETURN TO SENDER

FWD

Deputy Clerk

021745

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0757-2          User: jb              Page 1 of 1              Date Rcvd: May 01, 2006
Case: 04-02274                Form ID: pdf2         Total Served: 6

The following entities were served by first class mail on May 03, 2006.
aty         +Ryan J. Harrington,   N14 W23755 Stone Ridge Drive,   Suite 200,   Waukesha, WI 53188-1190
aty         +Seth Dizard,   Two Plaza East, Suite 1085,   330 East Kilbourn Avenue,   Milwauke, WI 53202-3170
aty         +Steven W. Jelenchick,   Beck, Chaet & Bamberger, S.C.,   Two Plaza East, Suite 1085,
              330 East Kilbourn Avenue,   Milwaukee, WI 53202-3170
ust         +Office Of the U. S. Trustee,   517 East Wisconsin Ave.,   Room 430,   Milwaukee, WI 53202-4510
dft         +Lisa S. Blythe,   815 Lakeview Road,   Apt. 202,   Brookfield, WI 53045-5663
pla         +Robert Mullins,   4836 Woodlawn Court,   Milwaukee, WI 53208-3657

The following entities were served by electronic transmission.
NONE.                                                                                      TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 03, 2006                    Signature:    _Joseph Speetjens_