United States Bankruptcy Court
Eastern District of Wisconsin

IN RE: Lisa S. Blythe

Debtor

Bankruptcy Number: 2004-26018-SVK

Adversary Number: 2004-2274

Robert Mullins

vs

Plaintiff

NOTICE OF ENTRY OF JUDGMENT

Lisa S. Blythe

Defendant



NOT DELIVERABLE AS ADDRESSED, UNABLE TO FORWARD

OFFICIAL BUSINESS
UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE, $300
CONTAINS NOTICE of a PROCEEDING
in the
UNITED STATES BANKRUPTCY COURT

BLYT815   530   1 1 N   C 06 04/12/06
RETURN TO SENDER
NO FORWARD ORDER ON FILE
UNABLE TO FORWARD
RETURN TO SENDER

FWD

---

WED-22209 0757-2 pdf2 04-02274
U.S. Bankruptcy Court
U.S. Courthouse
Room # 126
517 East Wisconsin Ave.
Milwaukee, WI 53202-4581

OFFICIAL BUSINESS
UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE $300
CONTAINS NOTICE of a PROCEEDING
in the
UNITED STATES BANKRUPTCY COURT

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18

056681  56681 1 AT 0.308 53045 8 1 5429-0-57164
Lisa S. Blythe
815 Lakeview Road
Apt. 202
Brookfield, WI 53045-5663

BLYT815   530   1 1 N   C 06 05/08/06
RETURN TO SENDER
NO FORWARD ORDER ON FILE
UNABLE TO FORWARD
RETURN TO SENDER



FWD