# United States Bankruptcy Court
## Eastern District of Wisconsin

IN RE: Lisa S. Blythe

Debtor

Bankruptcy Number: 2004-26018-SVK

Adversary Number: 2004-2274

Robert Mullins

Plaintiff

vs

Lisa S. Blythe

Defendant

**NOTICE OF ENTRY OF JUDGMENT**



**OFFICIAL BUSINESS**
UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE, $300
CONTAINS NOTICE of a PROCEEDING
in the
UNITED STATES BANKRUPTCY COURT



BLYT815  530  1 1 N  C 06 04/12/06  FWD
RETURN TO SENDER
NO FORWARD ORDER ON FILE
UNABLE TO FORWARD
RETURN TO SENDER

---

WED-22209 0757-2 pdf2 04-02274
U.S. Bankruptcy Court
U.S. Courthouse
Room # 126
517 East Wisconsin Ave.
Milwaukee, WI 53202-4581

**OFFICIAL BUSINESS**
UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE $300
CONTAINS NOTICE of a PROCEEDING
in the
UNITED STATES BANKRUPTCY COURT

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18

056681 56681 1 AT 0.308 53045 8 1 5429-0-57164
Lisa S. Blythe
815 Lakeview Road
Apt. 202
Brookfield, WI 53045-5663

BLYT815  530  1 1 N  C 06 05/08/06  FWD
RETURN TO SENDER
NO FORWARD ORDER ON FILE
UNABLE TO FORWARD
RETURN TO SENDER

FIRST-CLASS MAIL
RECEIVED MAY 2 3 2006
United States Bankruptcy Court

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0757-2          User: sko              Page 1 of 1             Date Rcvd: May 23, 2006
Case: 04-02274                Form ID: pdf2          Total Served: 2

The following entities were served by first class mail on May 25, 2006.
aty          +Ryan J. Harrington,    N14 W23755 Stone Ridge Drive,    Suite 200,    Waukesha, WI 53188-1190
ust          +Office Of the U. S. Trustee,    517 East Wisconsin Ave.,    Room 430,    Milwaukee, WI 53202-4510

The following entities were served by electronic transmission.
NONE.                                                                                           TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 25, 2006**           **Signature:** _Joseph Speetjens_